UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1404**

FRANKLIN C. SMITH,

Plaintiff - Appellant,

v.

MS. AMY; ANDREW SAUL, Commissioner of the Social Security Administration,

Defendants - Appellees,

and

MS. JACKSON, Case manager; ELIZABETH B. DEJARNETTE,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, Chief District Judge. (2:16-cv-00494-MSD-LRL)

Submitted: August 20, 2019                                    Decided: August 22, 2019

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Franklin C. Smith, Appellant Pro Se. Garry Daniel Hartlieb, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin C. Smith appeals the district court's order denying relief on his civil action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and also challenging the temporary suspension of his social security benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Amy*, No. 2:16-cv-00494-MSD-LRL (E.D. Va. Mar. 21, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*